THE HONORABLE DAVID G. ESTUDILLO

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAYDEN SUNDBERG,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SHELTON SCHOOL DISTRICT NO. 309,<br><br>　　　　　　Defendant. | Cause No. 3:23-cv-05717-DGE<br><br>ORDER ON MOTION TO EXTEND AND MOTION TO EXPEDITE HEARING (DKT. NOS. 29, 30) |

This matter comes before the Court on the parties' joint motions to extend the briefing schedule (Dkt. No. 29) and to expedite hearing of the motion (Dkt. No. 30). The Court has considered the files and records herein, the pleadings of the parties, and is fully informed on the issues presented.

Accordingly, the Court ORDERS:

1. The parties' joint motion to expedite hearing of the motion to extend (Dkt. No. 30) is GRANTED; and

2. The parties' joint motion to extend the briefing schedule set forth in ECF 23 (Dkt. No. 29) is GRANTED; and

3. The briefing schedule set forth in ECF 23 is amended as follows:

ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE RE MOTION TO SET ASIDE DEFAULT PER ECF 23
- Page 1

| CURRENT DATE | NEW DATE | ACTIVITY |
|---|---|---|
| June 30, 2024 | July 5, 2024 | Deadline for Defendant to file motion to set aside the default |
| June 30, 2024 | July 5, 2024 | Deadline for Defendant to file response to Plaintiff's second motion for default judgment |
| July 7, 2024 | July 12, 2024 | Deadline for Plaintiff to file response to the motion to set aside default |
| July 15, 2024 | July 22, 2024 | Deadline for Defendant to file reply to Plaintiff's response to the motion to set aside default |
| July 15, 2024 | July 22, 2024 | Deadline for Plaintiff to file reply to the Defendant's response to the second motion for default judgment |

DATED this 27th day of June, 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE RE MOTION TO SET ASIDE DEFAULT PER ECF 23
- Page 2