UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAYDEN SUNDBERG,

Plaintiff,

v.

SHELTON SCHOOL DISTRICT NO. 309,

Defendant.

CASE NO. 3:23-cv-05717-JNW

ORDER SETTING TRIAL DATE AND RELATED DATES

## SCHEDULING DEADLINES

Having reviewed the parties' Joint Status Report, the Court sets the following trial and related dates:

| **EVENT** | **DATE** |
| --- | --- |
| JURY TRIAL begins | February 8, 2027 |
| Length of trial | *See* JSR |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | December 10, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | December 30, 2026 |
| Deposition Designations must be submitted to | January 19, 2027 |

| EVENT | DATE |
|---|---|
| the Court by (*see* LCR 32(e)) | |
| Agreed pretrial order due | January 19, 2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | January 25, 2027 |
| Pretrial conference | February 1, 2027 |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers

Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 24th day of November, 2026.

Jamal N. Whitehead
United States District Judge